1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   California Bar No. 149883
    Assistant United States Attorney
5   Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-6166                          JS-6
        Facsimile:  (213) 894-7177
8       E-mail: Steven.Welk@usdoj.gov

9   Attorneys for Plaintiff
    United States of America

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                        WESTERN DIVISION
13
    UNITED STATES OF AMERICA,     )   NO. CV 11-3202 JFW (AJWx)
14            Plaintiff,          )
                                  )
15                                )
             v.                   )   DEFAULT JUDGMENT OF FORFEITURE
16                                )
                                  )   DATE: August 22, 2011
17  $22,500.00 IN U.S. CURRENCY,  )   TIME: 1:30 p.m.
                                  )   Before the Honorable John F.
18            Defendant.          )   Walter, United States District
    _____)   Judge
19

20

21       This action arose from the Verified Complaint for Forfeiture

22  ("Complaint") filed herein on April 14, 2011.  Notice of this

23  action has been given in the manner required by law.  Neither

24  Joseph Anthony Manzini nor any other potential claimant has

25  appeared by filing a Statement identifying his rights or

26  interests with this Court.  Further, neither Joseph Anthony

27  Manzini nor any other potential claimant has filed an Answer to

28  the Complaint or otherwise defended his interest, if any, in the

1  defendant $22,500.00 in U.S. currency ("defendant currency").

2  Therefore, the Court deems that potential claimant Joseph Anthony

3  Manzini and all other potential claimants admit the allegations

4  of the Complaint to be true.

5        ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all

6  right, title, and interest of potential claimant Joseph Anthony

7  Manzini, and all other potential claimants in and to the

8  defendant currency is condemned and forfeited to the United

9  States of America.

10 DATED: August 12, 2011

11                                      _____
                                        THE HONORABLE JOHN F. WALTER
12                                      UNITED STATES DISTRICT JUDGE

13 PRESENTED BY:

14 ANDRÉ BIROTTE JR.
   United States Attorney
15 ROBERT E. DUGDALE
   Assistant United States Attorney
   Chief, Criminal Division
16

17  /S/ Steven R. Welk
   _____
18 STEVEN R. WELK
   Assistant United States Attorney
   Chief, Asset Forfeiture Section
19

20 Attorneys for Plaintiff
   United States of America

21

22

23

24

25

26

27

28

                                    2